[No. 4474–II.  Division Two.  February 19, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY
LEE LOCKRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 56037, Waldo F. Stone, J., entered December 3, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Munson, J.

[No. 8952–8–I.  Division One.  February 22, 1982.]

CHARLES R. MARKLEY, ET AL, *Appellants*, v. PAUL
E. WALDERHAUG, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 11392, Richard L. Pitt, J., entered May 29, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Corbett, JJ.

[No. 9935–3–I.  Division One.  February 22, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNEL
B. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–8–04708–8, Maurice Epstein, J. Pro Tem., entered January 23, 1981. *Dismissed* by unpublished per curiam opinion.

[No. 8832–7–I.  Division One.  February 22, 1982.]

EDWIN L. SKAY, ET AL, *Respondents*, v. GUY
J. FENIMORE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 41146, Harry A. Follman, J., entered May 12, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by James and Ringold, JJ.